

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00044-CV

_____

IN RE S.G. AND D.G., Relators

Original Proceeding
211th District Court of Denton County, Texas
Trial Court No. 24-7404-211

Before Bassel, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and the response of the real parties in interest and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  March 14, 2025